[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15384
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cr-00010-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERWIN PEREZ-GARCIA,
a.k.a. Victor Hugogomezcal,
a.k.a. Ovilmer Perez-Lopez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 14, 2013)

Before CARNES, Chief Judge, BARKETT and MARTIN, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, counsel for Erwin Perez-Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perez-Garcia's conviction and sentence are **AFFIRMED**.